ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Antonio Vlair White            Docket No. 5:12-CR-308-1 D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Antonio Vlair White, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 28th day of November, 2012.

The defendant was sentenced on August 5, 2014, to time served along with 2 years of supervised release. On October 19, 2015, the defendant's judgment was vacated and the case was remanded back to district court for further proceedings.

The supervising probation officer did not become aware of the vacated sentence until December 7, 2015.

On October 29, 2015, the defendant tested positive for cocaine. The court was notified of the positive drug test and the defendant completed a 2-day DROPS sanction on November 29, 2015.

On November 9, 2015, the defendant tested positive for cocaine. The court was notified and a 5-day DROPS sanction was requested, but will not be implemented due to the vacated judgment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The U.S. Attorney's office has notified the supervising probation officer that due to the vacated judgment the case has been restored back to the pretrial stage and the pretrial conditions that were previously imposed. The probation office is now requesting that the Home Incarceration special condition be stricken as the defendant successfully completed just under 2 years of home incarceration with no curfew violations. The defendant will continue to be drug tested and we will report any future drug use to the court immediately.

**PRAYING THAT THE COURT WILL ORDER** that the Home Incarceration special condition be stricken and that all previously imposed conditions of release remain in effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>U.S. Probation Officer<br>310 Dick Street,<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2539<br>Executed On: December 9, 2015 |

Antonio Vlair White
Docket No. 5:12-CR-308-1 D
Petition For Action
Page 2

## ORDER OF THE COURT

The request is DENIED.

SO ORDERED. This 17 day of December 2015.

JAMES C. DEVER III
Chief United States District Judge