IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-308-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONIO VLAIR WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

On December 17, 2015, the government filed a motion to reinstate counts two, three, and four of the indictment. See [D.E. 139]; 18 U.S.C. § 3296(a). The court grants the motion and reinstates counts two, three, and four of the indictment. The arraignment shall go forward as to all four counts of the indictment.

Defendant remains subject to the release conditions imposed on November 28, 2012, particularly in light of defendant's two positive tests for using cocaine on October 29, 2015, and November 9, 2015. See [D.E. 25]; 18 U.S.C. § 3142(h).

SO ORDERED. This 17 day of December 2015.

JAMES C. DEVER III
Chief United States District Judge