PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Antonio Vlair White           Docket No. 5:12-CR-308-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Antonio Vlair White, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 28th day of November, 2012.

The defendant was sentenced on August 5, 2014, to time served along with 2 years of supervised release. On October 19, 2015, the defendant's judgment was vacated and the case was remanded back to district court for further proceedings.

The supervising probation officer did not become aware of the vacated sentence until December 7, 2015.

On October 29, 2015, the defendant tested positive for cocaine. The court was notified of the positive drug test and the defendant completed a 2-day DROPS sanction on November 29, 2015.

On November 9, 2015, the defendant tested positive for cocaine. The court was notified and a 5-day DROPS sanction was requested but will not be implemented due to the vacated judgment.

On December 17, 2015, the court denied a motion submitted by the probation office requesting that the condition for Home Incarceration be stricken.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has moved his residence since being placed on supervised release and now that he is back on pre-trial conditions, is not under the same roof as his previous third party custodian. The defendant is now on Home Incarceration at his current residence and it is requested that he remain there without having to relocate. Additionally it is requested that the third party custodian be removed from the conditions of pre-trial release.

**PRAYING THAT THE COURT WILL ORDER** that the defendant be allowed to remain at his current residence of record without returning to his previous third party custodian's residence and that the third-party custodian be removed from the pre-trial conditions of release.

Reviewed and approved,       I declare under penalty of perjury that the foregoing
                 is true and correct.

/s/ Robert K. Britt           /s/ Mindy L. Threlkeld
Robert K. Britt            Mindy L. Threlkeld
Senior U.S. Probation Officer       U.S. Probation Officer
                 310 Dick Street,
                 Fayetteville, NC 28301-5730
                 Phone: 910-354-2539
                 Executed On: December 22, 2015

Antonio Vlair White
Docket No. 5:12-CR-308-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the **22** day of **December**, 2015, and ordered filed and made part of the records in the above case.

_____
James C. Dever, III
Chief U.S. District Judge